PER CURIAM.
 

 Upon review of Appellants’ response to this Court’s show cause order of July 27, 2010, we dismiss this appeal because the order on appeal is neither a final order nor a non-final order appealable pursuant to Florida Rule of Appellate Procedure 9.180.
 
 See Life Care Ctr. of Winter Haven v. Benjamin,
 
 22 So.3d 152 (Fla. 1st DCA 2009) (dismissing appeal where JCC reserved jurisdiction on litigated issue and directed parties to administratively determine additional facts and calculate the benefits thereon).
 

 DISMISSED.
 

 WOLF, ROBERTS, and WETHERELL, JJ., concur.